UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLLY REYES (4),<br><br>Defendant. | Case No. 22CR2185-BAS<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment, the United States sought forfeiture of all right, title, and interest in specific properties of Defendant KIMBERLLY REYES ("Defendant"), pursuant to Title 18, United States Code, Section 982(a)(1) as any property, real and personal, involved in such offense in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), 1956(a)(2)(B)(i), and 1956(h) or any property traceable to such property, as charged in Count 1 of the Indictment; and

WHEREAS, on October 30, 2023, Defendant pled guilty before District Judge Cynthia Bashant to Count 1 of the Indictment, consented to the forfeiture allegations of the Indictment, and agreed pursuant to Title 18, United States Code, Section 982(a)(1) to the forfeiture of all properties seized in connection with the case including, but not limited to:

    a. $99,976.35 in funds from Bank Account # xxxxxxxx9521 held in the name of Reyes Metal Salvage LLC at Bank of America, La Jolla, California;

    b. $179,000.00 in funds from Bank Account #xxxxxxxx2434 held in the name of Tia Aeronautics, Inc. at Bank of America, La Jolla, CA; and,

WHEREAS, on, October 30, 2023, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the Court finds that the United States has established the requisite nexus between the properties and the offense of conviction; and,

WHEREAS, on or about December 4, 2021, the following property was administratively forfeited in the Southern District of California by the Federal Bureau of Investigation ("FBI") after direct notice, published notice, and no claims having been made by any person or entity:

    a. $179,000.00 in funds from Bank Account #xxxxxxxx2434 held in the name of Tia Aeronautics, Inc. at Bank of America, La Jolla, CA; and

WHEREAS, on or about April 27, 2022, the following property was administratively forfeited in the Southern District of California by the FBI:

    a. $99,976.35 in funds from Bank Account # xxxxxxxx9521 held in the name of Reyes Metal Salvage LLC at Bank of America, La Jolla, California; and

WHEREAS, the United States, having submitted this Order to the Defendant through her attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based on the guilty plea of the Defendant to Count 1 of the Indictment, the United States is hereby authorized to take custody and control of the following specific property, and all right, title, and interest of Defendant KIMBERLLY REYES in the following properties is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(1), for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n):

    a. $99,976.35 in funds from Bank Account # xxxxxxxx9521 held in the name of Reyes Metal Salvage LLC at Bank of America, La Jolla, California;

   b. $179,000.00 in funds from Bank Account #xxxxxxxx2434 held in the name of Tia Aeronautics, Inc. at Bank of America, La Jolla, CA.

  2. The Court reaffirms the completed administrative forfeiture proceedings as to the aforementioned assets and therefore no ancillary proceedings or further forfeiture actions are required in this case.

  3. This order shall be incorporated and included as a part of the judgment in this case when Defendant is sentenced.

DATED: January 17, 2024

_____
Honorable Cynthia Bashant
United States District Judge